IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY COVIELLO,

      Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3371

Opinion filed February 7, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Anthony Coviello, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROWE, KELSEY, and JAY, JJ., CONCUR.